IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

AUBREY LEE CHRISTIAN                                                                                    PLAINTIFF

v.                                                                                                    No. 1:18CV149-NBB-RP

VICKEY RUSSEL
SHERIFF CHRIS DICKERSON
JUDGE JOHN BISHOP
JOHN DOE (JAILER)                                                                                    DEFENDANTS

**JUDGMENT**

Having considered the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge was duly served by mail upon the *pro se* plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The Magistrate Judge's Report and Recommendation should therefore be approved and adopted as the opinion of the court. It is **ORDERED**:

1. That the Report and Recommendation of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That Judge John Bishop is **DISMISSED** with prejudice from this case, as he is absolutely immune from civil suit.

3. That the plaintiff's claims against the remaining defendants for denial of adequate medical care, retaliation, general conditions of confinement, mail tampering, and denial of access to the courts will, however, **PROCEED**.

**SO ORDERED**, this, the 2nd day of January, 2019.

/s/ Neal Biggers
NEAL B. BIGGERS
SENIOR U. S. DISTRICT JUDGE