IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**AUBREY LEE CHRISTIAN**                                                    **PLAINTIFF**

**v.**                                                          **No. 1:18CV149-NBB-RP**

**VICKEY RUSSEL**
**SHERIFF CHRIS DICKERSON**
**JUDGE JOHN BISHOP**
**JOHN DOE (JAILER)**                                              **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this day, the defendants' motion for summary judgment is **GRANTED**, and judgment is **ENTERED** in favor of the defendants in all respects. This case is **CLOSED**. In light of this ruling, the plaintiff's motion [50] to extend the discovery deadline is **DISMISSED** as moot.

**SO ORDERED**, this, the 19th day of November, 2019.

                                                                   /s/ Neal Biggers
                                                                    NEAL B. BIGGERS
                                                                    SENIOR U. S. DISTRICT JUDGE